**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7838

TONY D. LANKFORD,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Department of
Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-99-1436-AM)

Submitted: March 14, 2002        Decided: March 22, 2002

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Tony D. Lankford, Appellant Pro Se. Donald Eldridge Jeffrey, III,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tony D. Lankford appeals the district court's order granting the Respondent's motion to dismiss and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Lankford v. Angelone, No. CA-99-1436-AM (E.D. Va. filed Sept. 26, 2001; entered Sept. 27, 2001).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent that Lankford raises claims in his informal brief that were not presented to the district court, we note that he cannot raise them for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).

2